UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANA S.,<br><br>                    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security<br><br>                    Defendant. | Case No.:   23-cv-01485-DEB<br><br>**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS**<br><br>**[DKT NO. 2]** |

      Before the Court is Plaintiff Jana S.'s Application to Proceed with her Complaint in forma pauperis ("IFP"). Dkt. No. 2.

      A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all her assets, showing she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a). The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir. 1981) (internal quotations omitted). An affidavit is sufficient if it shows the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 203 (1993) (internal quotations omitted).

Plaintiff is challenging the denial of her application for Social Security Supplemental Security Income benefits. Dkt. No. 1. Plaintiff was independently employed in sales, which she alleges ended in January 2022. Dkt. No. 2 at 2. Plaintiff otherwise has limited income and assets. *Id*. Her application states she receives $2000.00 every three months from commission work. *Id.* at 1–2. Plaintiff lists a Mitsubishi as her only asset. *Id.* at 3. Her checking account contains between $500.00 and $600.00. *Id.* at 2. Plaintiff's monthly expenses include $1700.00 in rent and utilities, $40.00 for transportation, and $75.00 for medication. *Id.* at 4. After Plaintiff's total expenses, she has around $685.00 remaining after one month and will not receive further income for two more months. Plaintiff also claims she relied on food stamps in the past but no longer receives them. *Id.* at 4–5. She states a friend assists her with paying expenses. *Id.* at 5.

Based on the foregoing, the Court finds Plaintiff has sufficiently shown she lacks the financial resources to pay for her filing fee. The Court, therefore, **GRANTS** Plaintiff's IFP Application.

**IT IS SO ORDERED**.

Dated: August 17, 2023

Honorable Daniel E. Butcher
United States Magistrate Judge